ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
KULDEP SINGH

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.: CR-08-00585 JF |
| Plaintiff,   ) | |
| ) | STIPULATION FOR CONTINUANCE |
| vs.   ) | AND ~~PROPOSED~~ ORDER THEREON |
| ) | |
| KULDEP SINGH,   ) | |
| Defendant.   ) | |

IT IS HEREBY STIPULATED between the Defendant, KULDEP SINGH, by and through his respective attorney-of-record, Anthony P. Capozzi and Plaintiff, by and through Assistant United States Attorney, Jeff Nedrow, that the hearing now set for Wednesday, December 2, 2009, be continued to Wednesday, December 16, 2009, at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

 (1) Title 18, United States Code, Section 3161(h)(8)(A) --  that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

1     (2)    Title 18, United States Code, Section 3161(h)(8)(B)(ii): that is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

                                  Respectfully submitted,

Dated: December 1, 2009

                                /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
KULDEP SINGH

Dated:  December 1, 2009

                                /s/ Jeffrey D. Nedrow
JEFFREY D. NEDROW
Assistant United States Attorney

# **ORDER**

IT IS SO ORDERED. Good cause having been shown, the hearing set for Wednesday, December 2, 2009 is vacated and continued to Wednesday, December 16, 2009 at 9:00 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

Dated: December 1, 2009

Honorable Jeremy Fogel
United States District Court Judge