ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
KULDEP SINGH

FILED

APR - 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KULDEP SINGH,<br><br>Defendant. | Case No.: CR-08-00585 JF<br><br>STIPULATION FOR DEFENDANT, KULDEP SINGH, TO TRAVEL OUT OF THE COUNTRY AND ORDER |

IT IS HEREBY STIPULATED between the Defendant, KULDEP SINGH, by and through his respective attorney-of-record, Anthony P. Capozzi and Plaintiff, by and through Assistant United States Attorney, Jeff Nedrow that the Defendant, KULDEP SINGH, be allowed to travel outside of the United States to Gureh, India. Mr. SINGH is scheduled to leave San Francisco, California on Wednesday, April 7, 2010 and return on Thursday, May 6, 2010.

Mr. SINGH respectfully makes this request so that he may visit his 77 year old father, who is scheduled for surgery during the second week of April, 2010.

The address where he is staying is VPO, PB Gureh, India. The telephone number is 011-91-162-423-4571. A copy of Mr. SINGH's travel itinerary is attached hereto.

Mr. Singh has been under the supervision of Pretrial Services for two years without incident.

Respectfully submitted,

Dated: March 25, 2010         /s/ Anthony P. Capozzi
                              ANTHONY P. CAPOZZI,
                              Attorney for Defendant,
                              KULDEP SINGH

Dated: March 25, 2010         /s/ Jeffrey D. Nedrow
                              JEFFREY D. NEDROW
                              Assistant United States Attorney

```
                                        DATE 18MARCH10
                                        BOOKING REF 4SESJ9

     TRAVEL FOR LESS INC.
     39200 STATE ST                     SINGH/KULDEEP
     FREMONT CA 94538
     TELEPHONE:510-791-3300
     FAX:510-791-3361


     SERVICE         FROM                TO                     DEPART    ARRIVE
     -----------     -----------------   --------------------   --------  --------
     ASIANA AIRLINES - OZ 213
     WED 07APR       SAN FRANCISCO CA    SEOUL KR               0110P     0525P
     NON STOP        INTL                INCHEON INTERNATIONA             08APR
                     EQUIPMENT:          BOEING 777-200/300
                     RESERVATION CONFIRMED - V ECONOMY

     ASIANA AIRLINES - OZ 767
     THU 08APR       SEOUL KR            DELHI IN               0740P     1225A
     NON STOP        INCHEON INTERNATION INDIRA GANDHI INTL               09APR
                     EQUIPMENT:          AIRBUS INDUSTRIE A330-300
                     RESERVATION CONFIRMED - V ECONOMY

     ASIANA AIRLINES - OZ 768
     WED 05MAY       DELHI IN            SEOUL KR               0110A     1155A
     NON STOP        INDIRA GANDHI INTL  INCHEON INTERNATIONA
                     EQUIPMENT:          AIRBUS INDUSTRIE A330-300
                     RESERVATION CONFIRMED - V ECONOMY

     ASIANA AIRLINES - OZ 214
     WED 05MAY       SEOUL KR            SAN FRANCISCO CA       0430P     1115A
     NON STOP        INCHEON INTERNATION INTL
                     EQUIPMENT:          BOEING 777-200/300
                     RESERVATION CONFIRMED - V ECONOMY

     MISCELLANEOUS             20FEB SAN FRANCISCO
                               SUN   -THANK YOU FOR YOUR BUSINESS


     RESERVATION NUMBER(S)   OZ/CJ6ZVP


     ********** PLEASE READ THIS CAREFULLY **********
     * FARES AND TAXES ARE SUBJECT TO CHANGE WITHOUT PRIOR NOTICE
     * NO-SHOW NO REFUND,PLEASE CANCEL RESERVATION PRIOR TO DEPARTURE
     * TICKETS ARE NON-REFUNDABLE AND NON-TRANSFERABLE
     * CHANGE AND CANCELLATION PENALTIES APPLY
     * PARTIALLY USED TICKETS ARE NON-REFUNDABLE
     * PLEASE NOTE RETURN DATE MUST BE CHANGED/VALIDATED-
     --PRIOR TO ORIGINAL DEPARTURE DATE ON THE TICKET.
     ..........................................
     * PASSENGER NAME MUST MATCH AS IT APPEARS ON YOUR PASSPORT
     * TRAVEL DOCUMENTS ARE PASSENGERS RESPONSIBILITY. PLEASE-
     --CHECK FOR VISA REQUIREMENTS DIRECTLY WITH CONSULATE.
     ..........................................
     * WHEN APPLICABLE YOU MAY ACCRUE MILES SUBJECT TO AIRLINES RULES
     * BAGGAGE REQUIREMENTS SHOULD BE CHECKED WITH AIRLINES DIRECTLY
     * PLEASE INSPECT YOUR TICKETS IMMEDIATELY, WE ARE-
     --NOT RESPONSIBLE FOR ANY ERRORS 24 HRS AFTER ISSUING.
     ********** HAVE A NICE TRIP **********
```

## ORDER

Good cause having been shown, Mr. SINGH's conditions of release shall be modified to allow him to travel to Gureh, India, to visit with his family. Mr. SINGH shall leave the Northern District of California on April 7, 2010 and return on May 6, 2010.

The Clerk of the Court shall return Mr. SINGH's passport forthwith.

Mr. SINGH shall return his passport to the court upon his return to the Northern District of California.

Dated: 4/2, 2010

Honorable ~~Jeremy Fogel~~ Howard Lloyd
United States ~~District Court~~ Magistrate Judge