1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  JEFFREY D. NEDROW (CABN 161299)
   Assistant United States Attorney
5
6  150 Almaden Blvd., Suite 900
   San Jose, California 95113
7  Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:    Jeff.Nedrow@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                              SAN JOSE DIVISION
13
   UNITED STATES OF AMERICA,        )  CR 08-00585-JF
14                                  )
              Plaintiff,            )  STIPULATION TO CONTINUE
15                                  )  SENTENCING AND [PROPOSED]
       v.                           )  ORDER
16                                  )
   KULDEP SINGH,                    )
17                                  )
              Defendant.            )
18 _____ )
19
20      The United States, through its counsel Jeffrey Nedrow, and defendant Kuldep Singh,

through his counsel Anthony Capozzi, hereby agree and stipulate to a continuance of the

sentencing hearing in this case presently scheduled for Thursday, October 28, 2010 at 9:00 a.m.

to Thursday, November 18, 2010 at 9:00 a.m. before this Court.   The reason for the requested

continuance is that the government is currently reviewing certain matters pertaining to the tax

loss and the defendant's culpability in this case, and needs additional time to formulate its

sentencing recommendation.

        The Probation Officer assigned to this matter has been notified regarding this requested

continuance.

It is so stipulated.

                    Respectfully submitted,

                    MELINDA HAAG
                    UNITED STATES ATTORNEY

October 27, 2010                    /s/
                    JEFFREY D. NEDROW
                    Assistant U.S. Attorney

October 27, 2010                    /s/
                    ANTHONY CAPOZZI
                    Attorney for Kuldep Singh

## **ORDER**

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that defendant's sentencing hearing in this case presently scheduled for October 28, 2010 is vacated. The sentencing hearing is continued to Thursday, November 18, 2010 at 9:00 a.m. before this Court.

Dated this 28th day of October, 2010.

                    JEREMY FOGEL
                    United States District Judge