1  ANTHONY P. CAPOZZI, CSBN 068525
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone:  (559) 221-0200
   Fax:  (559) 221-7997
4  E-mail:  capozzilaw@aol.com

5  Attorney for Defendant,
   KULDEP SINGH
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

10                                  * * * * *

11

12 UNITED STATES OF AMERICA,          )  Case No.: CR-08-00585 JF
                                      )
13         Plaintiff,                 )
                                      )  STIPULATION FOR CONTINUANCE
14    vs.                             )  AND ~~PROPOSED~~ ORDER THEREON
                                      )
15 KULDEP SINGH,                      )
                                      )
16         Defendant.                 )

17

18        IT IS HEREBY STIPULATED between the Defendant, KULDEP SINGH, by
19 and through his respective attorney-of-record, Anthony P. Capozzi and Plaintiff, by
20 and through Assistant United States Attorney, Jeff Nedrow, that the Sentencing
21 hearing now set for Thursday, January 6, 2011, be continued to Thursday, February 3,
22 2011, at 9:00 a.m.
23        It is further stipulated by the parties that any delay resulting from this
24 continuance shall be excluded on the following basis:
25        (1)     Title 18, United States Code, Section 3161(h)(7)(A) --  that the ends
26                of justice served by taking such action outweighs the best interest of
27                the public and the defendant in a speedy trial;
28

(2)   Title 18, United States Code, Section 3161(h)(7)(B)(ii): that is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: December 30, 2010

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
KULDEP SINGH

Dated:  December 30, 2010

/s/ Jeffrey D. Nedrow
JEFFREY D. NEDROW
Assistant United States Attorney

1 **ORDER**

IT IS SO ORDERED. Good cause having been shown, the Sentencing hearing set for Thursday, January 6, 2011 is vacated and continued to Thursday, February 3, 2011 at 9:00 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

Dated: January 4, 2011

_____
Honorable Jeremy Fogel
United States District Court Judge